UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| LORI CHAVEZ-DEREMER,<br>SECRETARY OF LABOR, UNITED STATES<br>DEPARTMENT OF LABOR,<br><br>Plaintiff,<br><br>v.<br><br>SMOOTHSTACK, INC., AND BORIS KUIPER,<br><br>Defendants. | Case No.<br>1:24-CV-02295-RDA-LRV |

**SECRETARY OF LABOR'S NOTICE OF VOLUNTARY DISMISSAL**

In accordance with Federal Rule of Procedure 41(a)(1)(A)(i), Plaintiff Lori Chavez-DeRemer, Secretary of Labor, United States Department of Labor (the "Secretary"), respectfully submits this notice of dismissal, with prejudice, of this action. The Secretary has reached a complete resolution with Defendants, who have not filed an answer or motion for summary judgment.

///

///

///

1

Dated: May 16, 2025

Mailing Address:

U.S. Department of Labor
Office of the Regional Solicitor
U.S. Department of Labor
1835 Market Street
Mailstop SOL/22
Philadelphia, PA 19103-2968
(202) 693-9375 (voice)
(202) 693-9392 (fax)
zzSol-phi-docket@dol.gov

Respectfully submitted,

UNITED STATES DEPARTMENT OF LABOR

JONATHAN SNARE
Acting Solicitor of Labor

SAMANTHA N. THOMAS
Regional Solicitor

ADAM F. WELSH
Regional Wage and Hour Counsel

/s/
ELIZABETH A. KUSCHEL
Regional Wage and Hour Counsel
VB No. 100843
Kuschel.elizabeth.a@dol.gov

/s/
ALEJANDRO A. HERRERA
Senior Trial Attorney
NY 5235601; PA 326897
Herrera.alejandro.a@dol.gov

*Attorneys for Plaintiff Secretary of Labor*

## CERTIFICATE OF SERVICE

I hereby certify this 16th day of May 2025, I caused a true and correct copy of the foregoing document to be electronically filed with the Clerk of the court using the CM/ECF system which will send notification to the attorneys of record and is available for viewing and downloading.

*/s/ Alejandro A. Herrera*
Alejandro A. Herrera
Senior Trial Attorney